NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1081

IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION

-----------------------------------------------------------------------

ACACIA MEDIA TECHNOLOGIES CORPORATION,

Plaintiff-Appellant,

v.

MEDIACOM COMMUNICATIONS CORPORATION,
BRESNAN COMMUNICATIONS LLC, and CEBRIDGE CONNECTIONS,

Defendants-Appellees,

and

HOSPITALITY NETWORK, INC. and COXCOM, INC.,

Defendants-Appellees,

and

CHARTER COMMUNICATIONS, INC.,

Defendant-Appellee,

and

THE DIRECTV GROUP, INC.,

Defendant-Appellee,

and

ECHOSTAR SATELLITE LLC and
ECHOSTAR TECHNOLOGIES CORPORATION,

Defendants-Appellees,

and

MID-CONTINENT MEDIA, INC., US CABLE HOLDINGS LP, SJOBERG'S CABLEVISION, INC., SAVAGE COMMUNICATIONS INC., LORETEL CABLEVISION, CANNON VALLEY COMMUNICATIONS, INC., and ARVIG COMMUNICATIONS SYSTEMS,

Defendants-Appellees,

and

COMCAST CABLE COMMUNICATIONS, LLC and
INSIGHT COMMUNICATIONS COMPANY, INC.,

Defendants-Appellees,

and

CSC HOLDINGS, INC.,

Defendant-Appellee,

and

ARMSTRONG GROUP, WIDE OPEN WEST LLC, EAST CLEVELAND CABLE TV AND COMMUNICATIONS LLC, and MASSILLON CABLE TV INC.,

Defendants-Appellees,

and

BLOCK COMMUNICATIONS INC.,

Defendant-Appellee,

and

GAME LINK INC., ACMP LLC, CYBERNET VENTURES INC., GLOBAL AVS INC., NATIONAL A-1 ADVERTISING INC., AEBN INC., ADEMIA MULTIMEDIA LLC, AUDIO COMMUNICATIONS INC., CYBER TREND INC., INNOVATIVE IDEAS INTERNATIONAL, LTD. (d.b.a. Adult Revenue Services), LIGHTSPEED MEDIA GROUP INC., NEW DESTINY INTERNET GROUP LLC, and VS MEDIA INC.,

Defendants-Appellees,

and

2010-1081                                    2

ASKCS.COM INC.,

Defendant-Appellee,

and

OFFENDALE COMMERCIAL LIMITED BV,

Defendant-Appellee,

and

INTERNATIONAL WEB INNOVATIONS INC.,

Defendant-Appellee,

and

CABLE AMERICA CORP.,

Defendant-Appellee,

and

CABLE ONE INC.,

Defendant-Appellee,

and

NPG CABLE INC.,

Defendant-Appellee,

and

TIME WARNER CABLE, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 05-CV-1114 and MDL case no. 05-1665, Judge James Ware.

ON MOTION

ORDER

Innovative Ideas International moves without opposition to reform the official caption. Acacia Media Technologies Corporation moves without opposition for an extension of time, until February 2, 2010, to file its initial brief. The appellees move for a 45-day extension, until May 3, 2010, to file their briefs. The appellees state in their motion that Acacia opposes but consents to a 30-day extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

MAR 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Roderick G. Dorman, Esq.
Jonathan E. Singer, Esq.
Bobby T. Shih, Esq.
Bradford P. Lyerla, Esq.
Mitchell D. Lukin, Esq.
Benjamin Hershkowitz, Esq.
Annamarie A. Daley, Esq.
David J. Silbert, Esq.
Rachel Krevans, Esq.
Victor Stanley de Gyarfas, Esq.
James M. Slominski, Esq.
Gregory A. Castanias, Esq.
David S. Benyacar, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2010

JAN HORBALY
CLERK

2010-1081                                    4